THE HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JENNIFER EGLI,

        Plaintiffs,

   v.

SOFI LENDING CORP., et al.,

        Defendants.

Case No. 3:19−cv−05197−BHS

STIPULATION OF DISMISSAL OF DEFENDANT SOFI LENDING CORP

Noting Date: April 12, 2021

**IT IS HEREBY STIPULATED, AGREED, AND ORDERED**, by and between the undersigned attorneys of record for plaintiff Jennifer Egli and defendant SOFI Lending Corp., as to the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, all claims in the above-captioned action against defendant SOFI Lending Corp. only, are hereby dismissed, pursuant to FRCP Rule 41, with prejudice and without attorneys' fees and costs.

STIPULATION OF DISMISSAL OF DEFENDANT
SOFI LENDING CORP (Case No.
3:19−cv−05197−BHS) –1

Baxter & Baxter, LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
(503) 297-9031

| | | |
|---|---|---|
| 1 | DATED: April 12, 2021 | By: s/ Bryan Glover |
| 2 | | Bryan Glover |
| 3 | | Reid E. McEllrath<br>STOEL RIVES (WA)<br>600 UNIVERSITY ST STE 3600 |
| 4 | | SEATTLE, WA 98101-3197<br>206-624-0900 |
| 5 | | |
| 6 | | *Attorneys for Defendant SOFI Lending Corp* |
| 7 | DATED: April 12, 2021 | By: s/ Justin M. Baxter |
| 8 | | Justin M. Baxter WSBA No. 39182<br>Baxter & Baxter, LLP |
| 9 | | 8835 S.W. Canyon Ln., Ste. 130<br>Portland, OR 97225 |
| 10 | | Phone:  503.297.9031<br>Fax:  503.291.9172 |
| 11 | | Email:  justin@baxterlaw.com |
| 12 | | *Attorneys for Plaintiff* |

STIPULATION OF DISMISSAL OF DEFENDANT
SOFI LENDING CORP. (Case No.
3:19−cv−05197−BHS) –2

# CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2021, I electronically served the foregoing STIPULATION OF DISMISSAL OF DEFENDANT SOFI LENDING CORP., upon counsel of record via the Court's CM/ECF filing system.

DATED:  April 12, 2021

By:  s/ Justin M. Baxter

Justin M. Baxter WSBA No. 39182
Baxter & Baxter, LLP
8835 S.W. Canyon Ln., Ste. 130
Portland, OR 97225
Phone:  503.297.9031
Fax:  503.291.9172
Email:  justin@baxterlaw.com

*Attorneys for Plaintiff*

STIPULATION OF DISMISSAL OF DEFENDANT
SOFI LENDING CORP. (Case No.
3:19−cv−05197−BHS) –3