|   |   |
|---|---|
| 1 | THE HONORABLE BENJAMIN SETTLE |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNIFER ELGI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOFI LENDING CORP., a foreign corporation, CITIBANK, N.A., a foreign national association, and NELNET SERVICING, LLC, a foreign limited liability company,<br><br>　　　　Defendants. | No. 3:19-cv-05197 BHS<br><br>NOTICE OF WITHDRAWAL<br><br>(Clerk's Action Required) |

TO:　　　CLERK OF COURT

AND TO:　　ALL PARTES AND COUNSEL OF RECORD

　　PLEASE TAKE NOTICE that Reid E. McEllrath of Stoel Rives LLP hereby withdraws as counsel of record for Defendant Sofi Lending Corp. ("Sofi"), in the above-entitled matter effective immediately. Bryan T. Glover of Stoel Rives LLP shall continue as counsel of record for Defendant Sofi.

NOTICE OF WITHDRAWAL
(Clerk's Action Required) (3:19-cv-05197 BHS) - 1

114739981.1 0070698-00001

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

| | |
|---|---|
| 1 | DATED: March 15, 2022. |
| 2 | STOEL RIVES LLP |

 s/Reid E. McEllrath
 Bryan T. Glover, WSBA No. 51045
 bryan.glover@stoel.com
 Reid E. McEllrath, WSBA No. 49668
 reid.mcellrath@stoel.com
 STOEL RIVES LLP
 600 University Street, Suite 3600
 Seattle, WA  98101
 Telephone:  206.624.0900
 Facsimile:  206.386.7500

 Attorneys for Defendant Sofi Lending Corp.

NOTICE OF WITHDRAWAL
(Clerk's Action Required) (3:19-cv-05197 BHS) - 2

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties who have appeared in this case.

DATED:  March 15, 2022 at Seattle, Washington.

STOEL RIVES LLP

*s/Reid E. McEllrath*
Reid E. McEllrath, WSBA No. 49668
reid.mcellrath@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500

Attorneys for Defendant Sofi Lending Corp

NOTICE OF WITHDRAWAL
(Clerk's Action Required) (3:19-cv-05197 BHS) - 3

114739981.1 0070698-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*